## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00298-EWN-PAC

**CAROL GALVAN,**

                                                    Plaintiff,

v.

**ADAMS COUNTY HOUSING AUTHORITY**

**DONALD MAY**, Executive Director of Adams County Housing Authority, in his official capacity,

                                                    Defendants.

## ORDER

**THIS COURT** having considered Plaintiff's Motion to Dismiss Complaint, and being sufficiently advised in the premises, enters the following Order:

**IT IS HEREBY ORDERED:**

All pending Motions filed by the Plaintiff are hereby withdraw and the Complaint in this matter is hereby dismissed.

Dated this 18th day of April 2007.

                                                    **SO ORDERED:**

                                                    s/ Edward W. Nottingham
                                                    DISTRICT COURT JUDGE